UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DENIS KOKIC,

      Plaintiff,

  -against-

ASPIRE BUSINESS SERVICES, LLC.,
d/b/a AMERICAN FOOD SERVICES;
and RAJU NAKUM, Jointly,

      Defendants.

Case No. 2:19-cv-11888

Hon. Laurie J. Michelson

## STIPULATED ORDER OF DISMISSAL OF COLLECTIVE ACTION WITH PREJUDICE

The following Order being stipulated to by the counsel of record, and it appearing to the Court that the order should be granted;

**IT IS HEREBY ORDERED** that the above-titled action is dismissed with prejudice in its entirety as to all claims, including collective action claims, as set forth in Plaintiff's Complaint.

**IT IS HEREBY ORDERED** that this is the last final order that closes this case.

Date: August 23, 2019

                                s/Laurie J. Michelson
                                United States District Judge

STIPULATED AS TO FORM AND CONTENT:

/s/Amy Marino                     /s/Danielle Safran
_____   _____
Amy L. Marino (P76998)            Danielle B. Safran (P61965)
Attorney for Plaintiff                Attorney for Defendants

| | |
|---|---|
| MARINO LAW, PLLC. | THE SIGLER LAW FIRM, PLC. |
| 18977 West Ten Mile Rd. Ste 100E | 30300 Northwestern Hwy. Ste. 337 |
| Southfield, Michigan 48075 | Farmington Hills, MI 48334 |
| (248) 797-9944 | (248) 932-3500 Ext. 237 |
| amy@marinopllc.com | safranlaw1@gmail.com |